| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **RedBox Workshop, Ltd.** |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **36-3733102** |
| **4.** | **Debtor's address** | **Principal place of business**  **3121 N. Rockwell Street**  **Chicago, IL 60618**  Number, Street, City, State & ZIP Code    **Cook**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code    **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **Redboxworkshop.com** |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor **RedBox Workshop, Ltd.** _____ Case number (*if known*)_____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor **RedBox Workshop, Ltd.**     Case number (*if known*)
Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>    Contact name _____<br>    Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| **13. Debtor's estimation of available funds** | . | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49<br>■ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000     ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| **15. Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million     ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million     ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor **RedBox Workshop, Ltd.**     Case number (*if known*)
    Name

---

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 20, 2017**
                  MM / DD / YYYY

**X /s/ Pamela L. Parker**            **Pamela L. Parker**
Signature of authorized representative of debtor      Printed name

Title    **President**

---

**18. Signature of attorney**

**X /s/ JEFFREY C. DAN**          Date **March 20, 2017**
Signature of attorney for debtor                MM / DD / YYYY

**JEFFREY C. DAN**
Printed name

**Crane, Heyman, Simon, Welch & Clar**
Firm name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Number, Street, City, State & ZIP Code

Contact phone    **312-641-6777**      Email address

**06242750**
Bar number and State

---

Debtor  **RedBox Workshop, Ltd.** _____ Case number (if known) _____
      Name

■ **Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 20, 2017**
                MM / DD / YYYY

X _/s/ Pamela L. Parker_____     Pamela L. Parker
Signature of authorized representative of debtor     Printed name

Title   **President**

**18. Signature of attorney**

X _/s/ Jeffrey C. Dan_____     Date **March 20, 2017**
Signature of attorney for debtor                 MM / DD / YYYY

**JEFFREY C. DAN**
Printed name

**Crane, Heyman, Simon, Welch & Clar**
Firm name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Number, Street, City, State & ZIP Code

Contact phone  **312-641-6777**     Email address _____

**06242750**
Bar number and State

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 4

Fill in this information to identify the case:

Debtor name: **RedBox Workshop, Ltd.**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**
Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Aetna Insurance P.O. Box 7247-0213 Philadelphia, PA 19170-0213 | | | | | | $13,118.79 |
| Aetna Plywood, Inc. 4315 Solutions Center Chicago, IL 60677-4003 | | | | | | $22,343.60 |
| Albert S. Baiocchi 37499 N. Fox Drive Wadsworth, IL 60083 | | | | | | $26,727.58 |
| Avaya/CIT 0000471 Attn: Customer Service PO Box 550599 Jacksonville, FL 32255-0599 | | | Disputed | | | $25,324.87 |
| Bank Of America PO Box 982238 El Paso, TX 79998-2238 | | | | | | $12,001.70 |
| Barbizon Light of N.E., Inc. 3 Draper St. Woburn, MA 01801-4596 | | | | | | $6,387.06 |
| Champion Logistics Group 200 Champion Way Northlake, IL 60164 | | | | | | $6,427.00 |
| Department of the Treasury Internal Revenue Service Cincinnati, OH 45999-0005 | | | | | | $248,718.51 |

Debtor **RedBox Workshop, Ltd.**   Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Dept. of Revenue, Mississippi**<br>**P.O. Box 23075**<br>**Jackson, MS 39225-3075** | | | **Disputed** | | | $129,515.21 |
| **First Bankcard Center**<br>**P.O. Box 2814**<br>**Omaha, NE 68103-2814** | | | | | | $38,584.89 |
| **Home Depot**<br>**Dept 32 2003976606**<br>**PO Box 9001030**<br>**Louisville, KY 40290-1030** | | | | | | $7,643.53 |
| **Illinois Department of Revenue**<br>**100 W. Randolph Street**<br>**7th Floor**<br>**Chicago, IL 60601** | | | | | | $12,515.21 |
| **Judith B. LaBrosse**<br>**4040 N. Lavergne Ave.**<br>**Chicago, IL 60641-1731** | | | | | | $17,399.52 |
| **Loan Me, Inc.**<br>**1900 S State College Blvd**<br>**Suite 300**<br>**Anaheim, CA 92806** | | | | | | $26,642.90 |
| **McMaster-Carr Supply Co.**<br>**P.O. Box 7690**<br>**Chicago, IL 60680-7690** | | | | | | $5,937.16 |
| **Nancy R. Parker**<br>**400 Oak St.**<br>**Edwardsville, IL 62025** | | | | | | $17,399.52 |
| **Next Now Inc.**<br>**1200 West Lake Street**<br>**Suite #1**<br>**Chicago, IL 60607** | | | | | | $5,000.00 |
| **Porte Brown LLC**<br>**845 Oakton Street**<br>**Elk Grove Village, IL 60622** | | | **Disputed** | | | $23,297.25 |

Debtor **RedBox Workshop, Ltd.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Rapid Advance**<br>**4500 East West Highway**<br>**6th Floor**<br>**Bethesda, MD 20814** | | | | | | **$27,626.00** |
| **Stratosphere Networks, LLC**<br>**2930 Central St.**<br>**Evanston, IL 60201** | | | **Disputed** | | | **$9,737.20** |

Official form 204                Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                page 3

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | RedBox Workshop, Ltd. |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March 20, 2017            X _____
                                          Signature of individual signing on behalf of debtor

                                          **Pamela L. Parker**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re **RedBox Workshop, Ltd.**　　　　　　　　　　　　Case No.

　　　　　　　　　　Debtor(s)　　　　　　　　　Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Anthony C. LaBrosse**<br>**2175 W. Touhy**<br>**#1**<br>**Chicago, IL 60645** | | | **50%** |
| **Pamela L. Parker**<br>**7328 N. Bell**<br>**Chicago, IL 60645** | | | **50%** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

　　I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **March 20, 2017**　　　　　　　　　　Signature **/s/ Pamela L. Parker**
　　　　　　　　　　　　　　　　　　　　　　**Pamela L. Parker**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re: **RedBox Workshop, Ltd.**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Anthony C. LaBrosse<br>2175 W. Touhy<br>#1<br>Chicago, IL 60645 | | | 50% |
| Pamela L. Parker<br>7328 N. Bell<br>Chicago, IL 60645 | | | 50% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **March 20, 2017**     Signature _/s/ Pamela L. Parker_  
**Pamela L. Parker**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re: **RedBox Workshop, Ltd.**
Debtor(s)

Case No.
Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **96**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **March 20, 2017**

**/s/ Pamela L. Parker**
**Pamela L. Parker**/**President**
Signer/Title

# United States Bankruptcy Court
## Northern District of Illinois

In re   **RedBox Workshop, Ltd.**                                          Case No.
                                    Debtor(s)                              Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                      **96**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **March 20, 2017**                         /s/ Pamela L. Parker
                                                  **Pamela L. Parker/President**
                                                  Signer/Title

| | | |
|---|---|---|
| Accident Insurance<br>Dept 104 PO Box 2252<br>Birmingham 35246-0104 | AT&T<br>P.O. Box 8100<br>Aurora, IL 60507 | CA Employment Dev Dept<br>Employment Development Departme<br>Taxpayer Assistance Center<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 |
| ACH Foam Technologies<br>PO Box 912584<br>Denver, CO 80291-2584 | AT&T Mobility<br>P.O. Box 6416<br>Carol Stream, IL 60197-6416 | Canon Solutions America, Inc.<br>12379 Collections Center Dr.<br>Chicago, IL 60693 |
| Active Foam Products, Inc.<br>4358 So. Knox Ave.<br>Chicago, IL 60632 | Automatic Devices Company<br>2121 So. 12th Street<br>Allentown, PA 18103 | Central Steel & Wire Company<br>P.O. Box 5100<br>Chicago, IL 60680-5100 |
| Aetna Insurance<br>P.O. Box 7247-0213<br>Philadelphia, PA 19170-0213 | Avaya/CIT 0000471<br>Attn: Customer Service<br>PO Box 550599<br>Jacksonville, FL 32255-0599 | Champion Logistics Group<br>200 Champion Way<br>Northlake, IL 60164 |
| Aetna Plywood, Inc.<br>4315 Solutions Center<br>Chicago, IL 60677-4003 | Award Machine Enterprises, Inc.<br>P.O. Box 605<br>Lombard, IL 60148 | Chicago Pipe Bending & Coil Co.<br>4535 W. Lake St.<br>Chicago, IL 60624 |
| Airgas North Central<br>PO Box 802576<br>Chicago, IL 60680-2576 | Bank Of America<br>PO Box 982238<br>El Paso, TX 79998-2338 | City of Chicago<br>Dept. of Water Mgmt<br>P.O. Box 6330<br>Chicago, IL 60680-6330 |
| Albert S. Baiocchi<br>37499 N. Fox Drive<br>Wadsworth, IL 60083 | Bank Of America<br>PO Box 982238<br>El Paso, TX 79998-2238 | City of Chicago - Department of R<br>8034 Innovation Way<br>Chicago, IL 60682-0080 |
| Alexandra I. Chalmer<br>111 Sydney Lane<br>Redwood City, CA 94063 | Barbizon Light of N.E., Inc.<br>3 Draper St.<br>Woburn, MA 01801-4596 | Comcast Cable 2903<br>P.O. Box 3001<br>Southeastern, PA 19398-3001 |
| Amy C. Gilman<br>3313 N. Southport Ave., #1<br>Chicago, IL 60657 | Brian D. Sauer<br>4804 N. Kedzie Ave., Apt #213<br>Chicago, IL 60625 | Comcast Cable 3121<br>P.O. Box 3001<br>Southeastern, PA 19398-3001 |
| Anthony C. LaBrosse<br>2175 W. Touhy, #1<br>Chicago, IL 60645 | Bull Sharpening<br>6332 W. Roosevelt RD.<br>Oak Park, IL 60304 | Commonwealth Edison 2903<br>P.O. Box 6111<br>Carol Stream, IL 60197-6111 |

Commonwealth Edison
P.O. Box 6111
Carol Stream, IL 60197-6111

Emily Kramer
4459 N. Whipple St. #4
Chicago, IL 60625

Groot Industries Inc.
P.O. Box 92317
Elk Grove Village, IL 60009-2317

Converged Communication Systems
2930 Central St.
Suite 200
Evanston, IL 60201

Enterprise Rent-a-car (USA)
Attn: Accts. Receivable
PO Box 402383
Atlanta, GA 30384-2383

Gulo Customized Internet Solutions
1467 N Elston Ave.
Suite 105
Chicago, IL 60642

Conway Freight
PO Box 5160
Portland, OR 97208-5160

Federal Express
P.O. Box 94515
Palatine, IL 60094-4515

Hayes Mechanical
5959 South Harlem Ave.
Chicago, IL 60638-3131

Cornerstone National Bank & Trust
One Northwest Highway
Palatine, IL 60078-1249

First Bankcard Center
P.O. Box 2814
Omaha, NE 68103-2814

Home Depot
Dept 32 2003976606
PO Box 9001030
Louisville, KY 40290-1030

David J. Branson
1050 W. Balmoral, #3E
Chicago, IL 60640

First Communications
Globalcom, Inc.
P.O. Box 71-5248
Columbus, OH 43271-5248

Ian P. Miller
3642 N. Mozart St.
Chicago, IL 60618

Dell Financial Services, L.P.
Payment Processing Center
P.O. Box 5292
Carol Stream, IL 60197-5292

First Insurance Funding
P.O. Box 66468
Chicago, IL 60666-0468

Ice Mountain Spring Water
P.O. Box 856680
Louisville, KY 40285-6680

Department of the Treasury
Internal Revenue Service
Cincinnati, OH 45999-0005

Genworth Life Insurance Company
P.O. Box 73914
Baltimore, MD 21279

Illinois Department of
Employment Security
P.O. Box 803412
Chicago, IL 60680-3412

Dept. of Revenue, Mississippi
P.O. Box 23075
Jackson, MS 39225-3075

Genworth Life Insurance Company
P.O. Box 79314
Baltimore, MD 21279

Illinois Department of Revenue
100 W. Randolph Street
7th Floor
Chicago, IL 60601

Designtex
222 Merchandise Mart Plaza
Space #1032
Chicago, IL 60654

Grainger, Inc.
Dept 826068355
Palatine, IL 60038-0001

Internal Revenue Service
Cincinnati, OH 45999-0025

Dynamex Operations East
12837 Collections Center Drive
Chicago, IL 60693

Green Branch Communications
1913 N. Sheffield Ave.
Chicago, IL 60614

Italian Gardens
5185 N. Moreland Ave.
Norridge, IL 60706-3249

J. Boyd Hildebrant & Co.
P.O. Box 68487
Schaumburg, IL 60168

Menards
HSBC Business Solutions
PO Box 5219
Carol Stream, IL 60197-5219

Republic Services
P.O. Box 9001154
Louisville, KY 40290-1154

James L. Keith
2064 W. Hutchinson, Apt. #1
Chicago, IL 60618

Moshe Calamaro & Associates, Inc.
930 Pitner
Suite 7
Evanston, IL 60202

Safeguard Business Systems
P.O. Box 88043
Chicago, IL 60680-1043

Judith B. LaBrosse
4040 N. Lavergne Ave.
Chicago, IL 60641-1731

Nancy R. Parker
400 Oak St.
Edwardsville, IL 62025

Second City Transportation
17W248 Hillside Lane
Burr Ridge, IL 60527

Karen C. Plomin
7033 N. Kedzie Ave., Apt. 1006
Chicago, IL 60645

Next Now Inc.
1200 West Lake Street
Suite #1
Chicago, IL 60607

Simon J. Lashford
1838 N. Harding Avenue
Chicago, IL 60647

Kerith A. Parashak
2064 W. Hutchinson, Apt. #1
Chicago, IL 60618

Nikolaus Strecker
2222 N. Spaulding
Chicago, IL 60647

Sneckenberg Thompson & Brody, L
161 N Clark St.
Suite 3575
Chicago, IL 60601

Kurt J. Kupferer
3048 N. Kilbourn Ave.
Chicago, IL 60641

Pam Parker
7328 N Bell Ave.
Chicago, IL 60645

Stratosphere Networks, LLC
2930 Central St.
Evanston, IL 60201

Laima Day
650 Hinman Ave., #3B
Evanston, IL 60202

Pamela L. Parker
7328 N. Bell
Chicago, IL 60645

Susan Attea
1824 S. Morgan
Chicago, IL 60608

Lintec of America
15930 S. 48th Street
Suite 110
Phoenix, AZ 85048

Peoples Energy 2903
PO Box 19100
Green Bay, WI 54307-9100

Tara Hoffmann
4423 N. Lawndale, #3A
Chicago, IL 60625

Loan Me, Inc.
1900 S State College Blvd
Suite 300
Anaheim, CA 92806

Porte Brown LLC
845 Oakton Street
Elk Grove Village, IL 60622

TCF Equipment Finance
11100 Wayzata
Suite 801
Minnetonka, MN 55305

McMaster-Carr Supply Co.
P.O. Box 7690
Chicago, IL 60680-7690

Rapid Advance
4500 East West Highway
6th Floor
Bethesda, MD 20814

Thybony Paint & Wallcoverings Co.
5440 No. Clark St.
Chicago, IL 60640-1210

Tony LaBrosse
2175 W Touhy Ave
Chicago, IL 60645

Torstenson Glass
3233 N. Sheffield Ave.
Chicago, IL 60657-2210

Tyco Integrated Security LLC
P.O. Box 371967
Pittsburgh, PA 15250-7967

Uline.com
2200 S. Lakeside Drive
Waukegan, IL 60085

United Parcel Service
Lockbox 577
Carol Stream, IL 60132-0577

YRC Freight
PO Box 93151
Chicago, IL 60673-3151

# United States Bankruptcy Court
## Northern District of Illinois

In re  **RedBox Workshop, Ltd.**                                                                          Case No.
                                     Debtor(s)                                                             Chapter   **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **RedBox Workshop, Ltd.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **March 20, 2017** | **/s/ JEFFREY C. DAN** |
| Date | **JEFFREY C. DAN** |
| | Signature of Attorney or Litigant |
| | Counsel for  **RedBox Workshop, Ltd.** |
| | **Crane, Heyman, Simon, Welch & Clar** |
| | **Suite 3705** |
| | **135 South LaSalle Street** |
| | **Chicago, IL 60603-4297** |
| | **312-641-6777 Fax:312-641-7114** |

**United States Bankruptcy Court**
**Northern District of Illinois**

In re  **RedBox Workshop, Ltd.**      Case No. _____
                        Debtor(s)     Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **RedBox Workshop, Ltd.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 20, 2017**
Date

JEFFREY C. DAN
Signature of Attorney or Litigant
Counsel for   **RedBox Workshop, Ltd.**
Crane, Heyman, Simon, Welch & Clar
Suite 3705
135 South LaSalle Street
Chicago, IL 60603-4297
312-641-6777 Fax:312-641-7114