UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 17-08627 |
| --- | --- | --- |
| REDBOX WORKSHOP, LTD. | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Carol A. Doyle |
| Debtor(s) | ) | |

**FINAL ORDER AUTHORIZING USE OF
CASH COLLATERAL AND GRANTING RELATED RELIEF**

THIS MATTER COMING TO BE HEARD upon the Motion of REDBOX WORKSHOP, LTD., Debtor/Debtor-in-Possession herein, For Authority to Use Cash Collateral pursuant to Section 363 of the Bankruptcy Code (the "Motion"); proper notice as required by Rule 4001(b) of the Federal Rules of Bankruptcy Procedure having been provided; no objections having been interposed; this Court having determined that the Debtor's use of cash collateral to cover the expenditures set forth on Exhibit A to this Order is necessary to avoid immediate and irreparable harm to the Debtor's estate; and this Court being fully advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

A) The Debtor is authorized to use cash collateral during the period April 27, 2017 through July 15, 2017, to the extent set forth on Exhibit A attached to this Order;

B) In return for the Debtor's continued use of cash collateral, Cornerstone National Bank & Trust ("Lender") is granted the following adequate protection for its purported secured interests in property of the Debtor:

1. The Debtor will permit the Lender to inspect, upon reasonable notice, within reasonable hours, the Debtor's books and records;

2. The Debtor shall maintain and pay premiums for insurance to cover all of its assets from fire, theft and water damage;

3. The Debtor shall, upon reasonable request, make available to the Lender evidence of that which constitutes its collateral or proceeds;

4. The Debtor will properly maintain its assets in good repair and properly manage its business;

5. The Lender shall be granted valid, perfected, enforceable security interests in and to Debtor's post-petition assets, including all proceeds and products which are now or hereafter become property of this estate to the extent and priority of its alleged pre-petition liens, if valid, but only to the extent of any diminution in the value of such assets during the period from the commencement of the Debtor's Chapter 11 case through July 15, 2017;

C) The Debtor is authorized to make the expenditures set forth on Exhibit A to this Order plus no

more than 10% of the total proposed expense payments unless otherwise agreed by the Lender or upon further Order of this Court;

D) Any expenses that are budgeted for payment in one month but are not paid in such month shall be carried over for payment in subsequent months; and

E) This matter is continued for further status on July 5, 2017, at 10:30 a.m.

Enter:

Dated: 4/27/17

United States Bankruptcy Judge

**Prepared by:**
Scott R. Clar, Esq. (Atty. No. 06183741)
Jeffrey C. Dan. Esq. (Atty. No. 06242750)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777 FAX: (312) 641-7114
Cash Collateral.ORD

**RedBox Workshop Cashflow** April 24 to July 15

| Week | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Monday | 4/24/17 | 5/1/17 | 5/8/17 | 5/15/17 | 5/22/17 | 5/29/17 |
| **Balance** | $ 12,000.00 | $ 1,600.00 | $ 9,753.00 | $ 17,914.00 | $ 20,836.00 | $ 37,641.00 |
| **Income** | $ 33,000.00 | $ 90,000.00 | $ 75,000.00 | $ 60,000.00 | $ 65,000.00 | $ 70,000.00 |
| Payroll, Taxes & 401K | $ - | $ 26,500.00 | $ - | $ 26,500.00 | $ - | $ 26,500.00 |
| Insurance | $ 15,900.00 | $ 2,250.00 | $ 11,100.00 | $ - | $ 11,100.00 | $ 2,250.00 |
| Rents | $ 26,850.00 | $ 3,950.00 | $ - | $ 6,025.00 | $ - | $ 4,750.00 |
| Leases/Secured Loan & Fees | $ - | $ 15,750.00 | $ 13,336.00 | $ - | $ - | $ 15,750.00 |
| Utilities, Trash & Security | $ - | $ 3,200.00 | $ - | $ - | $ - | $ 3,200.00 |
| Utilities Deposit | | $ 1,697.00 | $ 150.00 | $ 2,705.00 | $ - | $ 1,527.00 |
| Data & Software | | $ 500.00 | $ 453.00 | $ 1,873.00 | $ 270.00 | $ 4,750.00 |
| Marketing | | $ 2,000.00 | $ 3,200.00 | $ 1,500.00 | $ 300.00 | $ 500.00 |
| Other Regular OH | | $ 2,000.00 | $ 200.00 | $ 1,500.00 | $ 1,500.00 | $ 2,000.00 |
| US Trustee | $ 650.00 | | $ 3,400.00 | | | |
| Job Materials & Expenses | | $ 24,000.00 | $ 35,000.00 | $ 23,000.00 | $ 29,000.00 | $ 13,000.00 |
| **Expenses Total** | $ 43,400.00 | $ 81,847.00 | $ 66,839.00 | $ 57,078.00 | $ 48,195.00 | $ 69,477.00 |
| **Total** | $ 1,600.00 | $ 9,753.00 | $ 17,914.00 | $ 20,836.00 | $ 37,641.00 | $ 38,164.00 |



EXHIBIT A

**RedBox Workshop Cashflow** April 24 to July 15

| Week | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Monday | 6/5/17 | 6/12/17 | 6/19/17 | 6/26/17 | 7/3/17 | 7/10/17 |
| **Balance** | $ 38,164.00 | $ 15,164.00 | $ 14,064.00 | $ 26,464.00 | $ 52,357.62 | $ 93,130.62 |
| **Income** | $ 25,000.00 | $ 60,000.00 | $ 60,000.00 | $ 90,000.00 | $ 90,000.00 | $ 60,000.00 |
| Payroll, Taxes & 401K | $  - | $ 26,500.00 | $  | $ 26,500.00 | $  | $ 26,500.00 |
| Insurance | $ 15,900.00 | $ 2,250.00 | $ 11,100.00 | $  | $ 15,900.00 | $ 2,250.00 |
| Rents | $ 13,500.00 | $ 3,950.00 | $  | $  | $ 13,500.00 | $ 4,755.00 |
| Leases/Secured Loan & Fees | $  - | $  | $  | $ 15,606.38 | $  | $  |
| Utilities, Trash & Security | $ 3,200.00 | $ 1,500.00 | $ 300.00 | $  | $  | $ 3,200.00 |
| Utilities Deposit | $ 500.00 | $  | $ 700.00 | $  | $ 1,527.00 | $ 1,150.00 |
| Data & Software | $  | $ 3,200.00 | $ 2,000.00 | $ 2,000.00 | $ 300.00 | $ 700.00 |
| Marketing | $ 1,000.00 | $ 200.00 | $  | $  | $  | $  |
| Other Regular OH | $ 500.00 | $  | $  | $  | $  | $  |
| US Trustee | $ 3,400.00 | $ 1,500.00 | $ 1,500.00 | $  | $ 2,000.00 | $ 3,400.00 |
| Job Materials & Expenses | $ 10,000.00 | $ 22,000.00 | $ 32,000.00 | $ 20,000.00 | $ 16,000.00 | $ 32,000.00 |
| **Expenses Total** | $ 48,000.00 | $ 61,100.00 | $ 47,600.00 | $ 64,106.38 | $ 49,227.00 | $ 73,955.00 |
| **Total** | $ 15,164.00 | $ 14,064.00 | $ 26,464.00 | $ 52,357.62 | $ 93,130.62 | $ 79,175.62 |