IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 17-08627 |
| REDBOX WORKSHOP, LTD., ) | Chapter 11 |
| ) | Judge Carol A. Doyle |
| Debtor/Debtor-in-Possession. ) | |

## NOTICE OF MOTION

TO:  SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on the **6th day of June, 2018 at the hour of 10:00 a.m.**, or as soon thereafter as counsel can be heard, I shall appear before the Honorable Carol A. Doyle, Bankruptcy Judge, in the room usually occupied by her as courtroom 742 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in her place and stead and shall present the **Motion For Allowance of Final Compensation and Reimbursement of Expenses to Debtor's Counsel**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Jeffrey C. Dan
Crane, Simon, Clar & Dan
135 S. LaSalle Street., Suite 3705
Chicago, Illinois 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion to be served via the Court's Electronic Registration to all parties with an asterisk (*) and a copy of the Notice regarding the fee hearing was served via U.S. Mail, properly addressed and postage pre-paid upon all other parties listed on the attached service list, on the 14th day of May, 2018.

/s/Jeffrey C. Dan

## SERVICE LIST

### *Parties Served Via ECF:*

- *Abraham Brustein    abrustein@dimonteandlizak.com, jjarke@dimontelaw.com
- *Timothy M Hughes    thughes@lavellelaw.com, r41234@notify.bestcase.com
- *Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- *Miriam RStein    mstein@chuhak.com,dgeorge@chuhak.com;vjefferson@chuhak.com

### *Parties Served Via U.S. Mail*

Accident Insurance
Dept 104 PO Box 2252
Birmingham, 35246-0104

ACH Foam Technologies
PO Box 912584
Denver, CO 80291-2584

Active Foam Products, Inc.
4358 So. Knox Ave.
Chicago, IL 60632

Aetna Insurance
P.O. Box 7247-0213
Philadelphia, PA 19170-0213

Aetna Plywood, Inc.
4315 Solutions Center
Chicago, IL 60677-4003

Airgas North Central
PO Box 802576
Chicago, IL 60680-2576

Airgas USA LLC
6055 Rockside Woods Blvd
Independence, OH 44131

Albert S. Baiocchi
Abraham Brustein, DiMonte & Lizak LLC
216 W Higgins Rd
Park Ridge IL 60068

Alexandra I. Chalmer
111 Sydney Lane
Redwood City, CA 94063

Amy C. Gilman
3313 N. Southport Ave., #1
Chicago, IL 60657

Anthony C Labrosse
2175 W Touhy #1
Chicago, IL 60645

AT&T
P.O. Box 8100
Aurora, IL 60507

AT&T Mobility
P.O. Box 6416
Carol Stream, IL 60197-6416

Automatic Devices Company
2121 So. 12th Street
Allentown, PA 18103

Avaya/CIT 0000471
Attn: Customer Service
PO Box 550599
Jacksonville, FL 32255-0599

Award Machine Enterprises, Inc.
P.O. Box 605
Lombard, IL 60148

Bank Of America
PO Box 982238
El Paso, TX 79998-2238

Barbizon Light of New England Inc.
Lisa Ferreira
3 Draper St.
Woburn, MA 01801-4596

Brian D. Sauer
4804 N. Kedzie Ave., Apt #213
Chicago, IL 60625

Bull Sharpening
6332 W. Roosevelt RD.
Oak Park, IL 60304

ii

CA Employment Development Dept
Employment Development Department
Taxpayer Assistance Center
P.O. Box 826880
Sacramento, CA 94280-0001

Canon Solutions America, Inc.
12379 Collections Center Dr.
Chicago, IL 60693

Central Steel & Wire Company
P.O. Box 5100
Chicago, IL 60680-5100

Champion Logistics Group
200 Champion Way
North Lake, IL 60164

Champion Logistics Group
200 Champion Way
Northlake, IL 60164

Chicago Pipe Bending & Coil Co.
4535 W. Lake St.
Chicago, IL 60624

CIT Finance LLC
c/o Weltman, Weinberg, & Reis Co.
3705 Marlane Drive
Grove City, OH 43123

City of Chicago
Dept. of Water Mgmt
P.O. Box 6330
Chicago, IL 60680-6330

City of Chicago - Department of Revenue
8034 Innovation Way
Chicago, IL 60682-0080

Comcast Cable 2903
P.O. Box 3001
Southeastern, PA 19398-3001

Comcast Cable 3121
P.O. Box 3001
Southeastern, PA 19398-3001

Commonwealth Edison 2903
P.O. Box 6111
Carol Stream, IL 60197-6111

Commonwealth Edison 3121
P.O. Box 6111
Carol Stream, IL 60197-6111

Commonwealth Edison Company
Attn: Bankruptcy Department
1919 Swift Drive
Oakbrook Terrace, IL 60523

Converged Communication Systems
2930 Central St. Suite 200
Evanston, IL 60201

Conway Freight
PO Box 5160
Portland, OR 97208-5160

Cornerstone National Bank & Trust
One Northwest Highway
Palatine, IL 60078-1249

David J. Branson
1050 W. Balmoral, #3E
Chicago, IL 60640

Dell Financial Services, L.P.
Payment Processing Center
P.O. Box 5292
Carol Stream, IL 60197-5292

Department of the Treasury
Internal Revenue Service
Cincinnati, OH 45999-0005

Dept. of Revenue, Mississippi
P.O. Box 23075
Jackson, MS 39225-3075

Designtex
222 Merchandise Mart Plaza
Space #1032
Chicago, IL 60654

Dynamex Operations East
12837 Collections Center Drive
Chicago, IL 60693

Emily Kneer
4453 N. Whipple St., #1
Chicago, IL 60625

Employment Development Department
Pob 826880
Sacramento, CA 94280

Enterprise Rent-a-car (USA)
Attn: Accts. Receivable
PO Box 402383
Atlanta, GA 30384-2383

Federal Express
P.O. Box 94515
Palatine, IL 60094-4515

First Bankcard Center
P.O. Box 2814
Omaha, NE 68103-2814

First Communications
Globalcom, Inc.
P.O. Box 71-5248
Columbus, OH 43271-5248

First Insurance Funding
P.O. Box 66468
Chicago, IL 60666-0468

First National Bank of Omaha
1620 Dodge St., Stop Code 3105
Omaha, NE 68197

Genworth Life Insurance Company
P.O. Box 79314
Baltimore, MD 21279

Grainger, Inc.
Dept 826068355
Palatine, IL 60038-0001

Green Branch Communications
1913 N. Sheffield Ave.
Chicago, IL 60614

Groot Industries, Inc.
P.O. Box 92317
Elk Grove Village, IL 60009-2317

Gulo Customized Internet Solutions
1467 N Elston Ave. Suite 105
Chicago, IL 60642

Hayes Mechanical
5959 South Harlem Ave.
Chicago, IL 60638-3131

Home Depot
Dept 32 2003976606
PO Box 9001030
Louisville, KY 40290-1030

Ian P. Miller
3642 N. Mozart St.
Chicago, IL 60618

Ice Mountain Spring Water
P.O. Box 856680
Louisville, KY 40285-6680

Ill. Department of Employment Security
Attn: Bankruptcy Unit - 10th flr
33 South State St.
Chicago, Illinois 60603

Illinois Department of
Employment Security
P.O. Box 803412
Chicago, IL 60680-3412

Illinois Department of Revenue
100 W. Randolph Street
7th Floor
Chicago, IL 60601

Illinois Department of Revenue
Bankruptcy Unit
PO Box 19035
Springfield, IL 62794-9035

Internal Revenue Service
Cincinnati, OH 45999-0025

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101

Italian Gardens
5185 N. Moreland Ave.
Norridge, IL 60706-3249

J. Boyd Hildebrant & Co
P.O. Box 68487
Schaumburg, IL 60168

James L. Keith
2064 W. Hutchinson, Apt. #1
Chicago, IL 60618

JPMorgan Chase Bank, N.A.
National Bankruptcy Dept
P.O. Box 29505 AZ1-1191
Phoenix, AZ 85038-9505

Jim Verdirame
1913 N. Sheffield Ave.
Chicago, IL 60614

Judith B. LaBrosse
4040 N. Lavergne Ave.
Chicago, IL 60641-1731

Karen C. Plomin
7033 N. Kedzie Ave., Apt. 1006
Chicago, IL 60645

Kerith A. Parashak
2064 W. Hutchinson, Apt. #1
Chicago, IL 60618

Kurt J. Kupferer
3048 N. Kilbourn Ave.
Chicago, IL 60641

Laima Day
650 Hinman Ave., #3B
Evanston, IL 60202

Lintec of America
15930 S. 48th Street
Suite 110
Phoenix, AZ 85048

Loan Me, Inc.
1900 S State College Blvd
Suite 300
Anaheim, CA 92806

McMaster-Carr
McMaster-Carr Supply
POB 4355
Chicago IL 60680

McMaster-Carr Supply Co.
P.O. Box 7690
Chicago, IL 60680-7690

Menards
HSBC Businccss Solutions
PO Box 5219
Carol Stream, IL 60197-5219

Mississippi Department of Revenue
Bankruptcy Section
P.O. Box 22808
Jackson, MS 39225-2808

Moshe Calamaro & Associates, Inc.
930 Pitner, Suite 7
Evanston, IL 60202

Nancy R. Parker
400 Oak St.
Edwardsville, IL 62025

Next Now Inc.
1200 West Lake Street
Suite #1
Chicago, IL 60607

Nikolaus Strecker
2222 N. Spaulding
Chicago, IL 60647

Pamela L. Parker
7328 N. Bell
Chicago, IL 60645

Peoples Energy 2903
PO Box 19100
Green Bay, WI 54307-9100

Porte Brown LLC
845 Oakton Street
Elk Grove Village, IL 60622

Rapid Advance
Teller, Levit& Silvertrust P.C
19 S Lasalle Street suite 701
Chicago, IL 60603

Rapid Advance
4500 E. West Hwy. 6th Floor
Bethesda, MD 20814

Republic Services
P.O. Box 9001154
Louisville, KY 40290-1154

Safeguard Business Systems
P.O. Box 88043
Chicago, IL 60680-1043

Second City Transportation
17W248 Hillside Lane
Burr Ridge, IL 60527

Simon J. Lashford
1838 N. Harding Avenue
Chicago, IL 60647

Skyline Properties
9147 Cresent Drive
Franklin Park, IL 60131

Sneckenberg Thompson & Brody, LLP
161 N Clark St.
Suite 3575
Chicago, IL 60601

Stratosphere Networks, LLC
2930 Central St.
Evanston, IL 60201

Subaru Motor Finance
Pob 901076
Fort Worth, TX 76101

Susan Attea
1824 S. Morgan
Chicago, IL 60608

Tara Hoffmann
4423 N. Lawndale, #3A
Chicago, IL 60625

TCF Equipment Finance
11100 Wayzata Blvd Suite 801
Minnetonka, MN 55305

Thybony Paint & Wallcoverings Co.
5440 No. Clark St.
Chicago, IL 60640-1210

Torstenson Glass
3233 N. Sheffield Ave.
Chicago, IL 60657-2210

Tyco Integrated Security LLC
P.O. Box 371967
Pittsburgh, PA 15250-7967

Tyco Integrated Security, LLC
10405 Crosspoint Blvd
Indianapolis, IN 46256

Uline Shipping Supplies
12575 Uline Drive
Pleasant Prairie, WI 53158

Uline.com
2200 S. Lakeside Drive
Waukegan, IL 60085

United Parcel Service
Lockbox 577
Carol Stream, IL 60132-0577

YRC Freight
PO Box 93151
Chicago, IL 60673-3151

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 17-08627 |
| REDBOX WORKSHOP, LTD.,   ) | Chapter 11 |
| ) | Judge Carol A. Doyle |
| Debtor/Debtor-in-Possession. ) | |

**NOTICE OF HEARING ON MOTION FOR
ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT
OF EXPENSES TO DEBTOR'S COUNSEL AND FOR RELATED RELIEF**

**TO ALL CREDITORS AND PARTIES IN INTEREST**:

PLEASE TAKE NOTICE that on May 14, 2018, Crane, Simon, Clar & Dan, counsel for the Debtor, filed a Motion for Allowance of Final Compensation and Reimbursement of Expenses (the "CSCD Motion"), requesting the sum of $56,116.50 for legal services rendered to the Debtor for the period commencing March 20, 2017 through and including April 11, 2018, plus costs advanced for the same period in the sum of $4,321.18.

PLEASE TAKE FURTHER NOTICE that any person objecting to the CSCD Motion is directed to file their objection(s) in writing with the Clerk of the United States Bankruptcy Court, 219 S. Dearborn Street, Chicago, Illinois 60604, on or before the hour of 4:30 p.m. on the **1st day of June, 2018**, with a copy of said objection(s) to be simultaneously served upon Jeffrey C. Dan, Crane, Simon, Clar & Dan, 135 S. LaSalle Street, Suite 3705, Chicago, Illinois 60603.

PLEASE TAKE FURTHER NOTICE that a hearing on the CSCD Motion, together with objections timely filed, if any, will be held before the Honorable Carol A. Doyle, Bankruptcy Judge, Courtroom No. 742, 219 S. Dearborn Street, Chicago, Illinois, on the **6th day of June, 2018, at the hour of 10:00 a.m.**, at which time and place you may appear if you so see fit.

DATED: May 14, 2018

**DEBTOR'S COUNSEL**:
Jeffrey C. Dan, Esq. (Atty. No. 06242750)
Crane, Simon, Clar & Dan
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
TEL: (312) 641-6777
FAX (312) 641-7114

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    )
                                          )   Case No. 17-08627
REDBOX WORKSHOP, LTD.,                    )   Chapter 11
                                          )   Judge Carol A. Doyle
    Debtor/Debtor-in-Possession.          )

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

Name of Applicant: CRANE, SIMON, CLAR & DAN, Debtor's Counsel

Authorized to Provide professional services to: Debtor

Date of Order Authorizing Employment: April 19, 2017 (Retroactive to March 20, 2017)

Period for which compensation is sought: March 20, 2017 through April 11, 2018

Amount of Fee Sought: $56,116.50

Amount of Expense Reimbursement sought: $4,321.18

This is a(n) Interim Application _____        Final Application __X__
If this is not the first Application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested Fees & Expenses | Total Allowed |
|---|---|---|---|
| | | | |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses herein is: **Debtor's Counsel received a pre-petition advance payment retainer from the Debtor in the amount of $21,717.00.**

Date:   May 14, 2018

                                Applicant:   Jeffrey C. Dan and the law firm of
                                             Crane, Simon, Clar & Dan

                                             By: /s/Jeffrey C. Dan
                                             Debtor's Counsel

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 17-08627 |
| REDBOX WORKSHOP, LTD.,  ) | Chapter 11 |
| ) | Judge Carol A. Doyle |
| Debtor/Debtor-in-Possession.  ) | |

**MOTION FOR ALLOWANCE OF FINAL COMPENSATION
AND REIMBURSEMENT OF EXPENSES TO DEBTOR'S COUNSEL**

Jeffrey C. Dan and the law firm of Crane, Simon, Clar & Dan ("CSCD"), attorneys for the Debtor, Redbox Workshop, Ltd. ("Debtor"), make their motion pursuant to Sections 330 and 331 of the United States Bankruptcy Code for Allowance of Final Compensation and Reimbursement of Expenses for legal services rendered and expenses incurred from March 20, 2017 through April 11, 2018; and in support thereof, state as follows:

**Introduction**

1. On March 20, 2017, the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Date").

2. The Debtor operated its business and managed its financial affairs as Debtor-in-Possession. No trustee, examiner or committee of unsecured creditors was appointed to serve in this reorganization case.

3. On April 19, 2017, this Court entered an order authorizing the Debtor to retain Crane, Heyman, Simon, Welch & Clar as counsel in this Chapter 11 case, retroactive to March 20, 2017, with compensation subject to the further order of this Court. On November 6, 2017, Crane, Heyman, Simon, Welch & Clar changed its name to Crane, Simon, Clar & Dan.

4. On April 11, 2018, this Court entered an Order confirming the Debtors' First Amended Plan of Reorganization ("Plan").

1

5. By this Motion, CSCD request allowance of final compensation and reimbursement of expenses in the amounts of $56,116.50 and $4,321.18 respectively, for legal services rendered to the Debtor during the period March 20, 2017, through April 11, 2018. Itemizations of the legal services rendered and expenses incurred during the relevant period are attached to this Motion as **Exhibits A and B**, respectively.

6. CSCD has not received any prior allowances of interim compensation and expenses in this Chapter 11 case. CSCD did receive a pre-petition retainer in the amount of $21,717.00 prior to the Petition Date, a portion of which was exhausted pre-petition leaving a retainer balance as of the Petition Date in the amount of $19,269.50, which will be applied to any fees allowed.

7. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334. This matter is a "core" proceeding within the meaning of 28 U.S.C. Section 157(b)(2)(A) and (O).

8. The statutory predicates for the relief requested in this Motion are Sections 330 and 331 of the Bankruptcy Code, Rules 2002(a) and 2016(a) of the Federal Rules of Bankruptcy Procedure.

**Relevant Background**

9. The Debtor is a corporation that was established pursuant to, and is in good standing under the laws of the State of Illinois. The Debtor's principal office is located at 3121 N. Rockwell Street, Chicago, Illinois 60618.

10. The Debtor is a specialty design, fabrication and print workshop that mainly designs, fabricates and installs interactive exhibits at children's museums and libraries across the country. The Debtor also produces high definition large format printing.

11. The economic downturn, mainly in the spending in the not-for-profit and government sectors between 2012 and 2015 caused a loss of business for the Debtor, which led to economic difficulties leading to the filing of this Chapter 11 case. Further cuts in spending by not-for-profits has also cut into the profit margins earned by the Debtor and caused delays in payments received by the Debtor.

12. This Court has entered a series of Interim Orders authorizing the Debtors' use of cash collateral and providing for adequate protection of the secured interests of Cornerstone Bank. These Cash Collateral Orders enabled the Debtor to maintain uninterrupted business operations while focusing on reorganization and formulating an exit strategy from this Chapter 11 case.

13. The Debtor worked throughout this Chapter 11 case to reach agreements with various creditors, including secured lenders and taxing authorities regarding treatment of the claims in the Plan.

14. Other events have occurred during the course of this Chapter 11 case which are detailed later in this Motion, which led to a confirmed Plan in which all votes were in favor of confirmation.

**Final Compensation and Expenses Requested**

15. CSCD is a law firm whose practice is almost exclusively concentrated in the fields of bankruptcy, reorganization and insolvency. CSCD is comprised of five (5) members, and one (1) "of counsel" attorney, some of whom have participated in representing the Debtor in this bankruptcy case.

16. The following is biographical information pertaining to those attorneys who have been primarily involved in the representation of the Debtor. Other attorneys at CSCD have also

participated to a lesser extent in this Chapter 11 case. Each such attorney has significant experience and expertise in bankruptcy, reorganization and litigation matters.

17. ARTHUR G. SIMON is a member of the law firm and has been practicing law since 1979 when he graduated from the Loyola University of Chicago, School of Law. Mr. Simon has been admitted to practice law in the state courts of Illinois, in the United States Court of Appeals for the Seventh Circuit, and in the United States District Courts for the Northern and Central Districts of Illinois, the Eastern District of Wisconsin and the Northern District of Indiana. He is a member of the Federal Trial Bar.

Beginning in 1981, he became engaged almost exclusively in the practice of bankruptcy and insolvency litigation and has represented virtually every type of party in such matters, including Chapter 7 and Chapter 11 debtors, secured creditors, landlords, trustees, and creditors' committees. His activities have included membership in the Chicago Bar Association Committee on Bankruptcy and Reorganization. He has served as the Editor of the Advance Sheets provided by said Committee. In that capacity, he reported the rulings and opinions of the Bankruptcy Judges in the Northern District of Illinois to the Bankruptcy Committee members of the Chicago Bar Association. He served for several years on the Commercial, Banking and Bankruptcy Section Council of the Illinois State Bar Association for whom he has published several articles, and also served on the General Assembly of that Association.

18. JEFFREY C. DAN is a member of the law firm and has been practicing law in the State of Illinois since 1997. He graduated from DePaul University School of Law. He has practiced as a trial attorney in a number of areas of the law including personal injury, domestic relations, criminal law and commercial litigation. Mr. Dan joined the firm in September of 2002 and has been actively involved in all aspects of bankruptcy litigation as well as State Court litigation that

arises in insolvency matters. Mr. Dan is admitted to practice in the United States Court of Appeals for the Seventh Circuit and the Third Circuit, and the United States District Courts for the Northern and Central Districts of Illinois, Northern District of Indiana, and the Eastern District of Wisconsin, and is a member of the Federal Trial Bar. He has served as a member of the Illinois State Bar Association Commercial Banking and Bankruptcy Law Section Council and has lectured on bankruptcy topics for the American Bankruptcy Institute and Chicago Volunteer Legal Services.

19.    SCOTT R. CLAR is a member of the law firm of Crane, Simon, Clar & Dan, and has been a practicing attorney in the State of Illinois since 1982. From January, 1985, through September, 1986, he was employed as a staff attorney with the United States Trustee's Office in the Northern District of Illinois, where he administered over 200 Chapter 11 cases, as well as supervised Chapter 7 panel trustees. From September, 1986, through December, 1987, he was employed by the law firm of Adelman & Gettleman, Ltd., where he continued to practice in the areas of bankruptcy and insolvency related matters. In January 1988, he became associated with Dannen, Crane, Heyman & Simon, predecessor to CHSWC and CSCD, and became a partner in 1994. His practice is concentrated in the field of bankruptcy, having represented Chapter 7 and Chapter 11 debtors, trustees, unsecured creditors' committees and individual creditors. Mr. Clar has been a panel member and a moderator for several bar association-sponsored bankruptcy seminars. He is a member of the Federal Trial Bar. He is a former Chairman of the Chicago Bar Association Committee on Bankruptcy and Reorganization.

20.    The hourly rates usually charged by CSCD in matters of this nature are as follows:

| Attorney | 2017 Hourly Rates | 2018 Hourly Rates |
| --- | --- | --- |
| Eugene Crane (EC)[1] | $510.00 | $510.00 |
| Arthur G. Simon (AGS) | $510.00 | $510.00 |

---

[1] These are the abbreviations utilized in the Exhibits to this Motion. The rate changes for 2018 took effect on February 1, 2018.

| | | |
|---|---|---|
| Scott R. Clar (SRC) | $510.00 | $510.00 |
| Jeffrey C. Dan (JCD) | $445.00 | $450.00 |
| David L. Kane (DLK) | $ ----- | $450.00 |
| John H. Redfield (JHR) | $400.00 | $400.00 |

21.  The following is a chart that depicts the total hours that each attorney at CSCD expended in representing the Debtor during the relevant period:

| Attorney | 2017 Hours | 2018 Hours | Amount |
|---|---|---|---|
| Arthur G. Simon | 0.70 | 1.30 | $ 1,020.00 |
| Jeffrey C. Dan | 101.10 | 14.30 | $ 51,424.50 |
| Scott R. Clar | 6.4 | 0.80 | $ 3,672.00 |
| **Total** | **108.20** | **16.40** | **$56,116.50** |

22.  During the course of the representation of the Debtor during the relevant period, CSCD incurred expenses of $4,321.18. These expenses are itemized in **Exhibit B** to this Motion.

**Legal Services Rendered to the Debtor**

23.  The representation of the Debtor is categorized in this Motion as follows:

A.  **General Administration**
The matters in this category include assisting the Debtor with the general administration of this bankruptcy case and the Debtor's business operations and financial affairs, preparing bankruptcy schedules and statement of financial affairs, filing routine motions, monthly operating reports, and filing professional fee applications and retention motions. Also included in this category are legal services related to assisting the Debtor with its monthly operating reports and responding to general creditor inquiries.

**Total Time Expended**                                    **51.30   hours**

| Attorney | 2017 Hours | 2018 Hours | Amount |
|---|---|---|---|
| Arthur G. Simon | 0.70 | | $ 357.00 |
| Jeffrey C. Dan | 44.30 | 1.30 | $20,298.50 |
| Scott R. Clar | 5.00 | | $ 2,550.00 |
| **Total** | **50.00** | **1.30** | **$23,205.50** |

6

Attached to this Motion as **Exhibit C** is an itemization of the legal services rendered in this category.

    B)    **Cash Collateral Issues; Lender's Claim**
The key to the continued administration of this Chapter 11 case has been the entry of a series of Cash Collateral Orders by this Court. CSCD reviewed all of the Lender's loan documents and assisted the Debtor in all aspects of maintaining the Debtor's continued and uninterrupted use of cash collateral. CSCD negotiated with the lender regarding consensual cash collateral orders and a consensual resolution of the lenders claim pursuant to the Plan.

**Total Time Expended**    **9.90 hours**

| Attorney | 2017 Hours | 2018 Hours | Amount |
|---|---|---|---|
| Jeffrey C. Dan | 9.60 | | $4,272.00 |
| Scott R. Clar | 0.30 | | $ 153.00 |
| **Total** | **9.90** | | **$4,425.00** |

Attached to this Motion as **Exhibit D** is an itemization of the legal services rendered in this category.

    C)    **Creditor Negotiations – Landlord & Taxing Authorities**
CSCD worked with numerous creditors, mainly taxing authorities and the Debtor's landlord regarding resolving issues with treatment of their claims in the Plan and rejection of the lease with landlord.

**Total Time Expended**    **13.90 hours**

| Attorney | 2017 Hours | 2018 Hours | Amount |
|---|---|---|---|
| Arthur G. Simon | 0.10 | | $   51.00 |
| Jeffrey C. Dan | 7.10 | 6.40 | $6,039.50 |
| Scott R. Clar | | 0.30 | $ 153.00 |
| **Total** | **7.20** | **6.70** | **$6,243.50** |

Attached to this Motion as **Exhibit E** is an itemization of the legal services rendered in this category.

    D)    **Exit Strategy**
CSCD has regularly advised the Debtor of its rights, options and obligations relating to an exit strategy from this Chapter 11 case. CSCD worked with the Debtor regarding the preparation,

7

modification and negotiation of the original plan and Disclosure Statement and amendments thereto, resulting in the approval of the Second Amended Disclosure Statement and confirmation of the Plan. CSCD also worked closely with the Debtor regarding projections for payments to creditors under the Plan.

**Total Time Expended**                                 **49.50**     hours

| Attorney | 2017 Hours | 2018 Hours | Amount |
|---|---|---|---|
| Arthur G. Simon |  | 1.20 | $ 612.00 |
| Jeffrey C. Dan | 40.10 | 6.60 | $20,814.50 |
| Scott R. Clar | 1.10 | 0.50 | $ 816.00 |
| **Total** | **41.20** | **8.30** | **$22,242.50** |

Attached to this Motion as **Exhibit F** is an itemization of the legal services rendered in this category.

**Request For Related Relief**

24. Other than as provided in Section 504(b) of the Bankruptcy Code, CSCD has not shared, nor agreed to share, any compensation received as a result of this case with any person firm or entity. The sole and exclusive source of compensation shall be funds of the Debtor.

25. CSCD asserts that the compensation requested in this Motion is reasonable compensation for the actual and necessary legal services rendered based upon the time, nature extent and value of such professional services. CSCD further asserts that the cost of legal services rendered for and on behalf of the Debtor is comparable to the cost of similar services in matters other than under the Bankruptcy Code.

26. CSCD asserts that the expenses for which reimbursement is sought in this Motion are reasonable and were actual and necessary expenditures required in the representation of the Debtor.

27. CSCD submits that the compensation and expenses requested are fair, reasonable and warranted under the circumstances.

8

WHEREFORE, Jeffrey C. Dan and the law firm of Crane, Simon, Clar & Dan, Debtor's Counsel, request the entry of an Order:

A. Allowing final compensation and reimbursement of expenses in the amounts of $56,116.50 and $4,321.18, respectively, for a total allowance of $60,437.68;

B. Directing the Debtor to pay said sums less the retainer in the amount of $19,269.50; and

C. Granting such other relief as may be just and appropriate.

> Respectfully Submitted,
>
> Jeffrey C. Dan, and the law firm of Crane, Simon, Clar & Dan
>
> By:/s/Jeffrey C. Dan

**DEBTOR'S COUNSEL:**
Jeffrey C. Dan (Atty No. 06242750)
Arthur G. Simon (Atty No. 03124481)
CRANE, SIMON, CLAR & DAN
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
(312) 641-6777