IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | ) | |
|---|---|---|
| | ) | Case No. 17-08627 |
| REDBOX WORKSHOP, LTD., | ) | Chapter 11 |
| | ) | Judge Carol A. Doyle |
| Debtor. | ) | |

## NOTICE OF MOTION

TO:  SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on the **19th day of December, 2018 at the hour of 10:30 a.m.**, or as soon thereafter as counsel can be heard, I shall appear before the Honorable Carol A. Doyle, Bankruptcy Judge, in the room usually occupied by her as courtroom 742 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in her place and stead and shall present the **Motion For Entry of Final Decree**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Jeffrey C. Dan
Crane, Simon, Clar & Dan
135 S. LaSalle Street., Suite 3705
Chicago, Illinois 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

The undersigned, being duly sworn on oath deposes and states that a copy of the foregoing Notice and Motion was caused to be served via the Court's Electronic Filing System (ECF) and/or First Class Mail, as indicated, to all parties listed on the attached Service List on the 10th day of December, 2018.

/s/Jeffrey C. Dan

## SERVICE LIST

*Served Via ECF:*

- **Abraham Brustein**    abrustein@dimonteandlizak.com, jjarke@dimontelaw.com
- **Timothy M Hughes**    thughes@lavellelaw.com, r41234@notify.bestcase.com
- **Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov
- **Miriam R. Stein**    mstein@chuhak.com, dgeorge@chuhak.com;vjefferson@chuhak.com
- **Amanda J Wiese**    bankruptcy@hsbattys.com, bk4hsbm@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 17-08627 |
| REDBOX WORKSHOP, LTD., ) | Chapter 11 |
| ) | Judge Carol A. Doyle |
| Debtor. ) | |

## MOTION FOR ENTRY OF FINAL DECREE

REDBOX WORKSHOP, LTD., Debtor herein, by and through its attorneys, and in support of its Motion For Entry of Final Decree, hereby states as follows:

1. On March 20, 2017, the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Date").

2. No trustee, examiner or committee of unsecured creditors has been appointed to serve in this reorganization case.

3. On April 11, 2018, this Court entered an Order confirming the Debtor's First Amended Plan of Reorganization (the "Plan").

4. The Plan has been substantially consummated within the meaning of Section 1101(2) of the Bankruptcy Code. Payments have been made to creditors pursuant to the terms of the Plan.

5. The Debtor respectfully requests this Court enter a Final Decree pursuant to Rule 3022 of the Rules of Federal Bankruptcy Procedure and close this bankruptcy case.

WHEREFORE, REDBOX WORKSHOP, LTD., Debtor, prays for the entry of a Final Decree closing this Chapter 11 case, and for such other relief as may be just and appropriate.

Respectfully Submitted,

REDBOX WORKSHOP, LTD.,
Debtor/Debtor-in-Possession

By:/s/Jeffrey C. Dan
      One of their attorneys

**DEBTOR'S COUNSEL**
Jeffrey C. Dan (Atty. No. 06242750)
Scott R. Clar (Atty. No. 06183741)
Crane, Simon, Clar & Dan
135 S. LaSalle St., Ste. 3705
Chicago, IL 60603
312-641-6777
Fax: 312-641-7114

2