UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| In Re: | ) | BK No.: 17-08627 |
| --- | --- | --- |
| REDBOX WORKSHOP, LTD. | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Carol A. Doyle |
| Debtor(s) | ) | |

# FINAL DECREE

THIS MATTER COMING TO BE HEARD upon the Motion of REDBOX WORKSHOP, LTD., by and through its attorneys, for Entry of Final Decree, the Court having entered an Order Confirming the Debtor's First Amended Plan of Reorganization on April 11, 2018, notice of said Motion having been given, no objections having been filed or otherwise presented, and the Court being fully advised in the premises:

THE COURT HEREBY FINDS that the First Amended Plan of Reorganization has been substantially consummated; and

IT IS HEREBY FURTHER ORDERED that a Final Decree is entered and this estate is hereby closed.  The Debtor's are still obligated to pay all outstanding US Trustee fees.

Enter: *[signature: Carol Doyle]*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  December 19, 2018

**Prepared by:**

Jeffrey C. Dan, Esq. (Atty. No. 06242750)
Scott R. Clar, Esq. (Atty. No. 06183741)
Crane, Simon, Clar & Dan
135 South LaSalle Street, #3705
Chicago, IL 60603
P-312 641-6777